REGINALD AMONTE HARPER
229 COOPER LANE
CANTON, MS 39046

MOHELA/NAVIENT
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

USDA RURAL DEVELOPMENT
ATTN: BANKRUPTCY DEPT
PO BOX 66889
ST. LOUIS, MO 63166

ADVANCE AMERICA
920 E COUNTY LINE RD
RIDGELAND, MS 39157

MS SPORTS MEDICINE
1325 E FORTIFICATION
JACKSON, MS 39202

USDA RURAL DEVELOPMENT
C/O US ATTORNEY
501 E COURT ST
STE 4.401
JACKSON, MS 39201

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

NAVY FEDERAL CU
ATTN: BANKRUPTCY
P.O. BOX 3000
MERRIFIELD, VA 22119

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK P
RICHMAN, VA 23238

NETCREDIT/RB
ATTN:  BANKRUPTCY DEPT
175 W JACKSON BLVD
STE 1000
CHICAGO, IL 60604

DESTINY
P.O. BOX 2303
COLUMBUS, GA 31902

PENFED CU
ATTN: BANKRUPTCY
P.O.BOX 1432
ALEXANDRIA, VA 22313

EXETER FINANCE LLC
ATTN: BANKRUPTCY
PO BOX 166008
IRVING, TX 75016

PLUSFINANCE/CWS
ATTN: BANKRUPTCY
P.O.BOX 9203
OLD BETHPAGE, NY 11804

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

ST. DOMINIC
P.O. BOX 101928
DEPT 2174
BIRMINGHAM, AL 35210-6928

LATONYA HARPER
229 COOPER LANE
CANTON, MS 39046

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896