**Fill in this information to identify the case:**

Debtor 1  Reginald Amonte Harper
_____

Debtor 2
(Spouse, if filing)  _____

United States Bankruptcy Court for the:  Southern District of Mississippi
(State)

Case number  26-01958
_____

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service - CSC

**Court claim no**. (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 5 7

**Date of payment change:**
Must be at least 21 days after date of this notice  10/28/2026

**New total payment:**
Principal, interest, and escrow, if any  $ 1,371.21
*For HELOC payment amounts, see Part 3*

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**  $ _____ 486.76         **New escrow payment:**  $ _____ 406.90

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____ %         **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____         **New principal and interest payment:** $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ◉ No
   ☐ Yes.

   **Current HELOC payment:** $_____

   **Reconciliation amount:** + $_____ or
   - $_____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

Debtor 1   Reginald Amonte Harper
          First Name   Middle Name   Last Name

Case number (*if known*) 26-01958

| | |
|---|---|
| **Amount of next payment (including reconciliation amount)** | $_____ |
| **Amount of the new payment thereafter (without reconciliation amount)** | $_____ |

---

| **Part 4:** | **Other Payment Change** |
|---|---|

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❏ No

   ❏ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: ____   _____

   Current mortgage payment: $ _____1,451.07_____     New mortgage payment: $ _____1,371.21_____

---

| **Part 5:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

   ☑ I am the creditor.

   ❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jenny Washington
Signature

Date   08/05/2026

Print: _____
      First Name   Middle Name   Last Name

Title   Bankruptcy Specialist

Company   USDA - Rural Housing Sevice - CSC

Address   PO Box 66879
          Number   Street
          St Louis                    MO        63166
          City                        State     ZIP Code

Contact phone   ( 800 ) 349 – 5097

Email   sm.rd.so.bkr@usda.gov

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**
**PAYMENT CHANGE SUMMARY**

**Completed By:** Jenny Washington

08/05/2026

(Date)

| | |
|---|---|
| **Debtor(s) & Address:** Reginald Amonte Harper | **Case No.** 26-01958 |
| 229 Cooper Lane | **Claim No.** 4 |
| Canton, MS 39046 | **USDA Acct No.** 3 0 5 7 |

**Attorney & Address:** Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee & Address:** Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

**Effective** 10/28/2026 **, the monthly ongoing payment is changing due to:**

No ✓ Yes   **ESCROW:**

No ✓ Yes   **OTHER:**

### PAYMENT CALCULATION

| Current Payment | | New Payment | |
|---|---|---|---|
| Principal & Interest | 964.31 | Principal & Interest | 964.31 |
| Less Subsidy | | Less Subsidy | |
| Total P&I Payment | 964.31 | Total P&I Payment | 964.31 |
| Escrow | 486.76 | Escrow | 372.52 |
| Escrow shortage | | Escrow shortage | 34.38 |
| Total Escrow | 486.76 | Total Escrow | 406.90 |
| Fees | | Fees | |
| Total Payment | 1,451.07 | Total Payment | 1,371.21 |

**Southern District of Mississippi**

Case No.   26-01958
Claim No.   4

## CERTIFICATE OF SERVICE

I,  Jenny Washington  , do hereby certify that on   08/05/2026  , I served copies of the Notice of Mortgage Payment  Change,    to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

Debtor(s)

Reginald Amonte Harper

229 Cooper Lane
Canton, MS 39046

Via CM/ECF:

Debtor's Attorney of Record:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Chapter 13 Trustee:

Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

Date:  08/05/2026

/s/  Jenny Washington

 Jenny Washington
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. 5254

"

```
USDA RURAL DEVELOPMENT        -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS          MO 63102


800-414-1226



REGINALD A HARPER
229 COOPER LANE
CANTON            MS 39046

                              DATE: 07/27/26
```

     *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 10/28/26 THROUGH 09/30/27.
------- ANTICIPATED PAYMENTS FROM ESCROW - 10/28/26 THROUGH 09/30/27 -------

```
                INSURANCE                   2646.00
                COUNTY TAX                  1824.35

        TOTAL PAYMENTS FROM ESCROW     4470.35

        MONTHLY PAYMENT TO ESCROW       372.52 (1/12TH OF ABOVE TOTAL)
```

------- ANTICIPATED ESCROW ACTIVITY - 10/28/26 THROUGH 09/30/27--------

| MONTH | -ANTICIPATED PAYMENTS- TO ESCROW | FROM ESCROW | DESCRIPTION | -- ESCROW BALANCE COMPARISON -- ANTICIPATED | REQUIRED |
|---|---|---|---|---|---|
| | | | ACTUAL STARTING BALANCE | 917.08 | 2980.27 |
| OCT 26 | 372.52 | | | 1289.60 | 3352.79 |
| NOV 26 | 372.52 | | | 1662.12 | 3725.31 |
| DEC 26 | 372.52 | | | 2034.64 | 4097.83 |
| JAN 27 | 372.52 | 1824.35 | COUNTY TAX | 582.81 | 2646.00 |
| FEB 27 | 372.52 | | | 955.33 | 3018.52 |
| MAR 27 | 372.52 | 2646.00 | INSURANCE  ALP | -1318.15  RLP | 745.04 |
| APR 27 | 372.52 | | | -945.63 | 1117.56 |
| MAY 27 | 372.52 | | | -573.11 | 1490.08 |
| JUN 27 | 372.52 | | | -200.59 | 1862.60 |
| JUL 27 | 372.52 | | | 171.93 | 2235.12 |
| AUG 27 | 372.52 | | | 544.45 | 2607.64 |
| SEP 27 | 372.52 | | | 916.97 | 2980.16 |

----------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -----------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    . -2063.19.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT

WILL BE COLLECTED FOR A PERIOD OF 60 MONTHS FROM OCTOBER 28, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                        964.31
            ESCROW (1/12TH OF ANNUAL ANTICIPATED        372.52
                DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS             0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG      0.00
            PLUS: SHORTAGE PAYMENT                       34.38
            MINUS: SURPLUS CREDIT                         0.00
            ROUNDING ADJUSTMENT                           0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS            0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 10/28/26      1371.21
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      745.04.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       745.04.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
05/26        486.76        06/26         486.76        07/26        1460.28   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00       0.00                         00/00         0.00
00/00       0.00                         00/00         0.00

```
USDA RURAL DEVELOPMENT          -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102


800-414-1226




REGINALD A HARPER
229 COOPER LANE
CANTON                MS 39046
```

DATE: 07/27/26

\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY \*

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING SEP 28, 2025 AND ENDING AUG 31, 2026. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF SEP 28, 2025 IS ---

```
PRINCIPAL & INTEREST          964.31
ESCROW DEPOSIT                371.69
OPTIONAL INSURANCE              7.45
REPLACE RESV/FHA SVC CHG        0.00
SHORTAGE                      115.07
DEFICIENCY                      0.00
SURPLUS                         0.00
ROUNDING                        0.00
LESS BUYDOWN/ASST PAYMENT        0.00
BORROWER PAYMENT             1458.52
```

| MONTH | PAYMENTS TO ESCROW PRIOR PRJ | ACTUAL | PAYMENTS FROM ESCROW PRIOR PRJ | ACTUAL | DESCRIPTION | ESCROW BALANCE PRIOR PRJ | ACTUAL |
|---|---|---|---|---|---|---|---|
| JUN 25 | 0.00 | | | | | 0.00 | -987.93 |
| JUL 25 | 0.00 | 276.02 | | | | 0.00 | -711.91 |
| AUG 25 | 0.00 | | | | | 0.00 | -711.91 |
| | | | | | STARTING BALANCE | 2601.90 | -711.91 |
| SEP 25 | 371.69 | * | | | | 2973.59 | -435.89 |
| OCT 25 | 371.69 | * | | | | 3345.28 | -435.89 |
| NOV 25 | 371.69 | 276.02* | | | | 3716.97 | -159.87 |
| DEC 25 | 371.69 | 486.76 | | | | | |
| DEC 25 | | 486.76* | | | | 4088.66 | 813.65 |
| JAN 26 | 371.69 | 486.76* | 1824.35 | 1824.35 | COUNTY | 2636.00 | -523.94 |
| FEB 26 | 371.69 | * | | | | 3007.69 | -523.94 |
| MAR 26 | 371.69 | 486.76 | 2636.00 | 3426.58 | INSURA | | |
| MAR 26 | | 486.76* | | * | | 743.38 T | -2977.00 A |
| APR 26 | 371.69 | 486.76* | | | | 1115.07 | -2490.24 |

```
MAY 26      371.69            *                          1486.76      -2490.24
JUN 26      371.69     486.76*                           1858.45      -2003.48
JUL 26      371.69     486.76*                           2230.14      -1516.72
AUG 26      371.69           **                          2601.83      -1516.72

TOTALS                 4446.12                    5250.93
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS        743.38. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS -2977.00.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

```
06/25          276.02        07/25          276.02      08/25          276.02
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00       0.00                             00/00       0.00
00/00       0.00                             00/00       0.00
00/00       0.00                             00/00       0.00
```