**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI,**
**JACKSON DIVISION**

In re:

Case No.: 26-01958-JAW

Reginald Amonte Harper,

Chapter: 13

      Debtor.

**OBJECTION OF EXETER FINANCE LLC TO**
**CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

Exeter Finance LLC ("Movant"), a secured creditor herein, by and through its undersigned attorney, files its objection to confirmation of the proposed plan and states as follows:

1. On July 21, 2026, Reginald Amonte Harper (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2. This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § 1324.

3. On November 5, 2024, the Debtor, Reginald Amonte Harper executed and delivered that certain Retail Installment Contract (the "Note"), which was assigned to MOVANT, for the 2017 Dodge Ram 1500 bearing Vehicle Identification Number 1C6RR7MT1HS739086 (the "'Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4. In order to secure its purchase money security interest evidenced by the Note, Movant recorded its lien by notating the Title (the "Title"), a true and correct copy of which is attached hereto as **Exhibit "B."**

5. On July 21, 2026, the Debtors filed a Chapter 13 Plan (Dkt. 2) (the "Plan").

2

6.      Movant has a 910 claim in the amount of $37,907.86 in this matter. A Proof of Claim will be timely filed.

7.      The Plan correctly classifies and values Movant's Claim; however, the Plan fails to provide for the proper treatment of Movant's Claim based on the fact that the Plan does not provide adequate assurance of lien retention as to the Collateral.

8.      The Plan has not been accepted by Movant pursuant to 11 U.S.C. § 1325(a)(5)(A).

9.      Movant demands that the Plan be amended to include the following language: "Exeter Finance LLC's lien shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328."

WHEREFORE, Movant requests this Court to deny confirmation of the Plan and for such further relief as this Court deems appropriate.

Dated this 10th day of August, 2026.

/s/ Christopher D. Meyer
Christopher D. Meyer, Esq. (MSB 103467)
*Attorney for Exeter Finance LLC*

BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a copy of the foregoing has been served on this 10th day of

August, 2026, either by electronic transmission or by United States first class mail postage

prepaid to the following:

**Debtor:**
Reginald Amonte Harper
229 Cooper Lane
Canton, MS 39046

**Counsel for the Debtor:**
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

**Trustee:**
Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

**U.S. Trustee:**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

*/s/ Christopher D. Meyer*
OF COUNSEL