# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

## ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|
| 1C6RR7MT1HS739086 | RAM | 2017 | 1500 | PK | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 12/23/2024 | | 8 | USED | PU | 95924 ACTUAL |

**OWNER(S)**

HARPER, REGINALD AMONTE
229 COOPER LN
CANTON MS 39046-6625

**BENEFICIARY**

**BRANDS**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**

EXETER FINANCE LLC
PO BOX 677
WILMINGTON OH 45177-0677

DATE   11/05/2024

**2ND LIENHOLDER**

DATE

**MAIL TO**

EXETER FINANCE LLC
PO BOX 677
WILMINGTON OH 45177-0677

LIEN SATISFACTION  THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ BY _____
(LIENHOLDER)                                                (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
(LIENHOLDER)                                                (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 23RD   DAY OF DECEMBER   20 24

The Mississippi Department of Revenue hereby certifies that on application duly made  the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue  This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1  Mississippi Code of 1972  and subject to the provisions thereof

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED