**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**REGINALD AMONTE HARPER** **26 – 01958 – JAW**

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The Debtor filed a Chapter 13 Petition on July 21, 2026, and a 341(a) Meeting of Creditors was held on August 18, 2026.

2. Upon information and belief, this plan has not been filed in good faith.

3. That, Debtor proposes a direct mortgage payment to USDA Rural Development. Said Creditor filed its claim with a pre-petition mortgage arrears for which Debtor failed to provide treatment in his Plan. Debtor's Plan should be modified to provide proper treatment of the mortgage arrears or confirmation should be denied and this case dismissed.

4. The Trustee hereby objects to any amended plan filed hereafter.

5. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: August ____19____, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins Jr.
trollins@therollnsfirm.com

Reginald Amonte Harper
229 Cooper Lane
Canton, MS 39046

U.S.A. United States Dept. of
Agriculture, Rural Housing service
Centralized Servicing Center
Post Office Box 66879
St. Louis, MO 63166

USDA-RD
c/o US Attorney
501 E Court St. #4.430
Jackson, MS 39201

US Attorney General
US Dept of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Dated: August _____19____, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.