**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**REGINALD AMONTE HARPER** **26 – 01958 – JAW**

## NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
501 East Court Street, Suite 2.300
Jackson, MS 39201

And a copy must be served on the undersigned case Trustee and the Debtor's attorney on or ***before thirty (30) days from the date of this notice***. In the event a written response is filed, the court will notify you of the date, time and place of the hearing hereon.

/s/Harold J. Barkley, Jr.

Dated: October 1, 2026

HAROLD J. BARKLEY, JR. – MSB #2008
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**REGINALD AMONTE HARPER** **26 – 01958 – JAW**

**TRUSTEE'S OBJECTION TO**
**PROOF OF CLAIM**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to the Proof of Claim filed herein by Pentagon Federal Credit Union (Claim No. 10-1) in the amount of $26,430.78; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Creditor, Pentagon Federal Credit Union, filed its proof of claim indicating it was for a deficiency balance on a vehicle, but has failed to provide a deficiency statement indicating that the vehicle was disposed of, and the proceeds applied to the debt.

2. That, the Creditor should be required to file an amended claim that attaches a deficiency breakdown, or the claim should be wholly disallowed.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and upon a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Objection and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: October 1, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**CERTIFICATE**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Reginald Amonte Harper
229 Cooper Lane
Canton, MS 39046

Pentagon Federal Credit Union
Post Office Box 1432
Alexandria, VA 22313

Dated: October 1, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.