**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**REGINALD AMONTE HARPER** **26 – 01958 – JAW**

**O R D E R**

THIS CAUSE came before this Honorable Court on the Trustee's Objection to Proof of Claim [DK # ] filed herein by Pentagon Federal Credit Union (Claim No. 10-1); and the Court finds as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Objection to Proof of Claim is hereby sustained.

THAT, the claim of Pentagon Federal Credit Union (Claim No. 10-1) is hereby wholly disallowed.

##END OF ORDER##

SUBMITTED BY:

/s/Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM