**B 2100A (Form 2100A) (12/15)**

# United States Bankruptcy Court

SOUTHERN District Of MISSISSIPPI

In re HARPER, REGINALD Case No. 2601958 JAW

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ECMC
Name of Transferee

Mohela on behalf of: Ascendium Education Solutions
Name of Transferor

Name and Address where notices to transferee should be sent:

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Phone: 651-221-0566
Last Four Digits of Acct #: 6236

Court Claim # (if known): 2
Amount of Claim: $35,364.78
Date Claim Filed: 07/27/2026

Phone: 800-874-8982
Last Four Digits of Acct #: 6236

Name and Address where transferee payments should be sent (if different from above):

ECMC
Lockbox #8682
P.O. Box 16478
St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 6236

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Maricela Sanchez Solano
Transferee/Transferee's Agent

Date: 10/13/2026

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Ascendium
Elevating opportunity

ECMC

April 1, 2026

Dear Industry Partners,

Ascendium Education Solutions, Inc. (Ascendium) and Educational Credit Management Corporation (ECMC) are notifying affected industry partners that Ascendium's Federal Family Education Loan Program (FFELP) guaranty portfolio was assigned by the U.S. Department of Education to ECMC on August 1, 2026.

Ascendium was founded in 1967 to serve as Wisconsin's guarantor and provide more higher education opportunities to more students, and went on to provide products, services, investments and funding that promote student, school, employee and company success in the higher education space. Exiting the FFEL program allows Ascendium to focus on these diverse initiatives.

Ascendium and ECMC are committed to a smooth transition for borrowers, schools, lenders and servicers. We have collaborated as partners for years and are working closely together through a joint transition plan, and we are committed to providing excellent service to borrowers and industry participants.

Additional information will be provided as the transition progresses. ECMC will post updates about the transition on their website, www.ecmc.org.

We appreciate your partnership, and ECMC looks forward to serving you, your students and your borrowers.

Sincerely,

Jeff Crosby
President & CEO
Ascendium

Chad Tate
President
ECMC