United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01958-JAW
Reginald Amonte Harper Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 3
Date Rcvd: Nov 13, 2026 Form ID: n032 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reginald Amonte Harper, 229 Cooper Lane, Canton, MS 39046-6625 |
| 5698830 | + | Advance America, 920 E County Line Rd, Ridgeland, MS 39157-1932 |
| 5698833 | + | Destiny, P.O. Box 2303, Columbus, GA 31902-2303 |
| 5698836 | + | LaTonya Harper, 229 Cooper Lane, Canton, MS 39046-6625 |
| 5698839 | + | MS Sports Medicine, 1325 E Fortification, Jackson, MS 39202-2499 |
| 5698844 | | St. Dominic, P.O. Box 101928, Dept 2174, Birmingham, AL 35210-6928 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 13 2026 19:14:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | | Email/Text: bkrgeneric@penfed.org | Nov 13 2026 19:14:00 | Pentagon Federal Credit Union, P.O. Box 1432, Alexandria, VA 22313 |
| cr | + | Email/Text: sm.rd.so.bkr@usda.gov | Nov 13 2026 19:14:00 | USDA - Rural Housing Service Centralized Servicing, P.O. Box 66879, St. Louis, MO 63166-6879 |
| 5698832 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 13 2026 19:14:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek P, Richman, VA 23238 |
| 5704448 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 13 2026 19:14:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Department, 225 Chastain Meadows Court, Ste 210, Kennesaw, GA 30144 |
| 5698831 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2026 19:21:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5708785 | | Email/Text: exeter@ebn.phinsolutions.com | Nov 13 2026 19:14:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5698834 | | Email/Text: exeter@ebn.phinsolutions.com | Nov 13 2026 19:14:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5735042 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 13 2026 19:14:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 5716393 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 13 2026 19:14:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5698835 | | Email/Text: customerservice.us@klarna.com | Nov 13 2026 19:14:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5708253 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2026 19:21:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5701505 | | Email/Text: ECMCBKNotices@ecmc.org | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 13 2026 19:14:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5698838 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 13 2026 19:14:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5722429 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2026 19:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5698837 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 13 2026 19:21:19 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5698840 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 13 2026 19:14:00 | Navy Federal CU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5700417 | + | Email/Text: netcreditbnc@enova.com | Nov 13 2026 19:14:00 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5698841 | + | Email/Text: netcreditbnc@enova.com | Nov 13 2026 19:14:00 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 5726227 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2026 19:21:18 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5698842 | + | Email/Text: bkrgeneric@penfed.org | Nov 13 2026 19:14:00 | PenFed CU, Attn: Bankruptcy, P.O.Box 1432, Alexandria, VA 22313-1432 |
| 5698843 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2026 19:21:10 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 5698845 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2026 19:21:10 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5698846 | ^ | MEBN | Nov 13 2026 19:10:38 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5698847 | + | Email/Text: sm.rd.so.bkr@usda.gov | Nov 13 2026 19:14:00 | USDA Rural Development, Attn: Bankruptcy Dept, Po Box 66889, St. Louis, MO 63166-6889 |
| 5698848 | + | Email/Text: ebone.woods@usdoj.gov | Nov 13 2026 19:14:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |
| 5706220 | + | Email/Text: sm.rd.so.bkr@usda.gov | Nov 13 2026 19:14:00 | United States Department of Agriculture, Centralized Servicing Center, PO Box 66879, St. Louis, MO 63166-6879 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | EXETER FINANCE LLC, NANNETTE ALAMILLA, 2101 W JOHN CARPENTER FWY, IRVING TX 75063-3228, address filed with court:, Exeter Finance, LLC, 2101 W. John Carpenter Fwy, Irving, TX 85063 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC chris.meyer@wbd-us.com, wbdconsumerbankruptcynotices@wbd-us.com;tina.washington@wbd-us.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Reginald Amonte Harper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01958−JAW
**Chapter:** 13

**In re:**

Reginald Amonte Harper
aka Reginald A Harper
229 Cooper Lane
Canton, MS 39046

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 11/13/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 13, 2026

Danny L. Miller, Clerk of Court